**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| CHARITY CHAMBERS and ANTHONY CHAMBERS, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action File No. 1:17-cv-02591-TWT |
| v. | ) ) | |
| DEKALB COUNTY, GEORGIA, et al., | ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| DIANE JOHNSON and ANDRE JOHNSON, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action File No. 1:17-cv-02601-TWT |
| v. | ) ) | |
| DEKALB COUNTY, GEORGIA, et al., | ) ) | |
| Defendants. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed this **Certificate of Service** for:

1. **Plaintiffs' First Combined Discovery Requests to Defendant DeKalb County;**

2. **Plaintiffs' First Combined Discovery Requests to Defendant Fulton;** and

3. **Plaintiffs' First Combined Discovery Requests to Defendant Bowe**

on opposing counsel pursuant to the stipulation in the parties' Joint Preliminary

Report and Discovery Plan, which permits the service of discovery materials by

electronic mail. Said document has been served upon attorneys for Defendants,

Tiffany Harlow and Kendric Smith via electronic mail, as follows:

tbharlow@dekalbcountyga.gov<br>
kesmith@dekalbcountyga.gov

This 19th day of December, 2017.

<u>s/Zack W. Greenamyre</u><br>
Zack W. Greenamyre<br>
Georgia Bar No. 293002<br>
*Attorney for Plaintiff*

Mitchell & Shapiro LLP
3490 Piedmont Road
Suite 650
Atlanta, Georgia 30305
Phone: 404-812-4747
Fax: 404-812-4740
zack@mitchellshapiro.com