# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DIANE JOHNSON and<br>ANDRE JOHNSON,<br><br>      Plaintiffs,<br><br>v.<br><br>DEKALB COUNTY, GEORGIA, et al.,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>1:17-cv-02601-TWT |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs hereby dismiss this action under Fed. R. Civ. P. 41(a)(1)(A)(ii), which permits the voluntary dismissal of an action, without a Court order, if a stipulation of dismissal is filed which is signed by all parties. This dismissal is made with prejudice, with each of the parties to bear their own costs and fees.

Submitted this 8th day of January, 2020.

*Counsel for Plaintiffs*

**Jeffrey R. Filipovits**
Georgia Bar No. 825553
Filipovits Law Firm, PC
2900 Chamblee-Tucker Road
Building 1
Atlanta, GA 30341

*Counsel for Defendants*

**R. David Ware**
Georgia Bar No. 737756
Russell Britt
Georgia Bar No. 473664
Pearson K. Cunningham
Georgia Bar No. 391024

1

**Zack Greenamyre**
Georgia Bar No. 293002
Mitchell & Shapiro LLP
3490 Piedmont Road, Suite 650
Atlanta, Georgia 30305
404-812-4747
zack@mitchellshapiro.com

Hall Booth Smith, P.C.
191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1740
(404) 954-5000
dware@hallboothsmith.com
rbritt@hallboothsmith.com
pcunningham@hallboothsmith.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DIANE JOHNSON and ANDRE JOHNSON, ) ) ) Plaintiffs, ) ) v. ) ) DEKALB COUNTY, GEORGIA, et al., ) Defendants. ) ) | Case No. 1:17-cv-02601-TWT |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will cause service by electronic mail to all attorneys of record.

This 8th day of January, 2020.

**Jeffrey R. Filipovits**
Georgia Bar No. 825553
Filipovits Law, P.C.
2900 Chamblee Tucker Road
Building 1
Atlanta, GA 30341
Phone: 770-455-1350
jeff@law.filipovits.com